IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELZEY FREDERICK JONES, JR.          *
                                    *
              v.                    *     Civil No. JFM-05-2358
                                    *
RONALD S. BURKE, JR.                *
                                 *****

MEMORANDUM

Plaintiff has brought this action against Ronald Burke, Jr., a Veteran's Service Center

manager, alleging that Burke improperly canceled a medical procedure for a "total joint

replacement" that plaintiff was scheduled to receive.  Defendant has filed a motion to substitute

the United States as the defendant and to dismiss or for summary judgment.  Plaintiff, who is

appearing *pro se*, has opposed the motion and has filed a cross-motion for summary judgment.

Defendant's motion will be treated as one to dismiss and, as such, will be granted.  Plaintiff's

motion for summary judgment will be denied

As the United States Attorney for the District of Maryland has certified, Burke obviously

was acting within the scope of his employment at the time he committed the alleged wrong

against plaintiff.[1]  Accordingly, under the Federal Tort Claims Act, the United States is the

proper defendant.  *See* 28 U.S.C. §§2679(d)(1), (d)(2), and (d)(4); *Maron v. United States*, 126

F.3d 317, 321-22 (4th Cir. 1997).

Under the Federal Tort Claims Act, a plaintiff must first file an administrative claim with

the appropriate federal agency.  *See* 28 U.S.C. §2675(a); *see also* 28 U.S.C. §2401(b).  Here, the

---

[1]The United States asserts that Burke did not, in fact, cancel the medical procedure for
which plaintiff was scheduled.  I am not deciding the present motion on that ground, however,
because resolution of it might require discovery.

record is undisputed that plaintiff filed no administrative claim with the Department of Veterans

Affairs, the federal agency with which plaintiff should have filed an administrative claim.

Accordingly, this action is barred.

 A separate order effecting the rulings made in this memorandum is being entered

herewith.

Date: June 21, 2006   /s/_____

          J. Frederick Motz
          United States District Judge